UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Augustin,

                                     Plaintiff(s),                          **O R D E R**

                    -against –
                                                                          7:19-CV-08558 (CS)


Westchester Department of Corrections, et al.,
                                     Defendant(s).
------------------------------------------------------------X
Seibel, J.

          It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within sixty days of the date of this order,

Plaintiff may apply by letter within the sixty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.


**The Clerk of Court is directed to send a copy of this Order to the Plaintiff.**


          **SO ORDERED**.

Dated: July 21, 2021
          White Plains, New York




                                                        _____
                                                        CATHY SEIBEL, U.S.D.J.